*Michael Miller Fabrics v. Studio Imports Ltd., Inc.*

# Exhibit 1

## SCHEDULE A

| Col. 1 | Col. 2 | Col. 3 | Col. 4 | Col. 5 |
|---|---|---|---|---|
| **Visual Arts Design** | **Author** | **Date of First Publication** | **Certificate of Reg. No.** | **Copyright Claimant** |
| Peace Flowers | Esti Studio | October 20, 2006 | VA 1-625-412 | Michael Miller Fabrics, LLC |
| Pod Posey | Sayuri Fuhirata | June 22, 2007 | VA 1-718-841 | Michael Miller Fabrics, LLC |
| Boho Blossoms | Antiprima | September 24, 2007 | VA 1-726-744 | Michael Miller Fabrics, LLC |
| Feeling Groovy | Jennifer Shugars | May 1, 2007 | VA 1-658-773 | Michael Miller Fabrics, LLC |
| Groovy Guitar | Lylove Studio | October 20, 2006 | VA 1-625-415 | Michael Miller Fabrics, LLC |
| Flower Aplenty | Bernini Studio | June 22, 2007 | VA 1-718-847 | Michael Miller Fabrics, LLC |
| Flower Crystals | Design Works International | July 15, 2006 | VA 1-424-538 | Michael Miller Fabrics, LLC |
| Carnival Bloom | Lylove Studio | July 20, 2006 | VA 1-424-537 | Michael Miller Fabrics, LLC |