*Michael Miller Fabrics v. Studio Imports Ltd., Inc.*

# Exhibit 2



CX3142  PEACE  FLOWERS

cn 10/2/7



CX3661 Pod Posey
cn 5/24/10



CX 2733   Boho Blossoms
CN   5/24/10



CX3359   FEELING   GROOVY

cn 3/14/08



CX 2897   Groovy Guitars
CR 10/2/07



CX3490 FLOWERS APLENTY

CR 5/24/10



**Flower Crystals**
**CX 2996**



**Carnival Bloom**
**CX 3028**